UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SHAW ALUMNI AND FRIENDS, INC., ) <br> ex. rel. CAROL HOLLOWAY, ) <br> EMILY PERRY, and EUGENE MYRICK, ) <br>         Plaintiffs, ) <br> ) <br> V. ) <br> ) <br> JOSEPH N. BELL, JR., and ) <br> WILLIE E. GARY, ) <br>         Defendants. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:15-CV-572-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that defendants' motion to dismiss [D.E. 17] is GRANTED. Plaintiffs' counsel is ORDERED TO SHOW CAUSE, by no later than July 1, 2016, why the court should not impose sanctions pursuant to Federal Rule of Civil Procedure 11. Defendants also may file a motion for costs pursuant to the Federal Rules of Civil Procedure and the court's local rules.

SO ORDERED. This 31st day of May, 2016.

**This Judgment Filed and Entered on May 31, 2016, and Copies To:**

| | |
|---|---|
| T. Jefferson Carmon, III | (via CM/ECF Notice of Electronic Filing) |
| Christopher M. Young | (via CM/ECF Notice of Electronic Filing) |
| Daniel T. Blue, III | (via CM/ECF Notice of Electronic Filing) |

| | |
|---|---|
| DATE: <br> May 31, 2016 | JULIE RICHARDS JOHNSTON, CLERK <br> (By) /s/ Nicole Briggeman <br>         Deputy Clerk |